JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| A. R., a Minor, by and through her guardian ad litem, Kimberly Cady;<br><br>Plaintiff,<br>vs.<br><br>SAN MARINO UNIFIED SCHOOL DISTRICT, a governmental entity; and, DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No: 2:17-cv-05185-FMO-AFM**<br><br>**Superior Court Case No: BC663636**<br><br>**ORDER RE STIPULATION [14] REMANDING CASE TO STATE COURT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS:

The Court having read and considered the STIPULATION RE DISMISSAL OF PLAINTIFF'S THIRD CAUSE OF ACTION FOR VIOLATION OF SECTION 504 OF THE REHABILITATION ACT OF 1973 AND REQUEST CASE BE REMANDED TO STATE COURT and good cause existing, the Court hereby orders the following:

---------------------------------------------------- 1 ----------------------------------------------------
**ORDER RE: DISMISSAL OF PLAINTIFF'S THIRD CAUSE OF ACTION FOR VIOLATION OF SECTION 504 OF THE REHABILITATION ACT OF 1973; AND REQUEST CASE BE REMANDED TO STATE COURT**

# **O R D E R**

1. Pursuant to the Stipulation and agreement between the parties, plaintiff, A.R., a minor, by and through her guardian ad litem, Kimberly Cady, shall dismiss and withdraw Plaintiff's Third Cause of Action for Violation of Section 504 of the Rehabilitation Act of 1973.

2. This case with its two (2) remaining state law causes of action shall be and is hereby remanded to State Court (Superior Court of the State of California for the County of Los Angeles, Case No. BC663636) for resolution, i.e., Plaintiff's First Cause of Action for Dangerous Condition of Public Property and the Second Cause of Action for Negligence shall be resolved in State Court.

3. After this case is remanded to State Court, Plaintiff, A.R., a minor, by and through her guardian ad litem, Kimberly Cady, and based on the Stipulation of the parties shall not thereafter reassert or allege a Cause of Action for Violation of Section 504 of the Rehabilitation Act of 1973.

DATED: August 9, 2017  /s/ Fernando M. Olguin
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL DISTRICT
OF CALIFORNIA